# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 13, 2010

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re:  Case No. 09-1395 , *Warrior Sports, Incorporated, et al v. NCAA*
               Originating Case No. : 08-14812

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Sue Burlage
                                    Case Manager
                                    Direct Dial No. 513-564-7012

cc: Mr. Charles N. Ash Jr.
    Mr. Michael G. Brady
    Mr. John J. Bursch
    Mr. Gregory L. Curtner
    Mr. David R. Grand
    Mr. William R. Jansen
    Ms. Kimberly K. Kefalas
    Mr. Aaron D. Lindstrom
    Mr. Todd M. Neckers
    Mr. Robert J. Wierenga

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 09-1395

_____

Filed: September 13, 2010

WARRIOR SPORTS, INCORPORATED,

    Plaintiff - Appellant

ATHLETE'S CONNECTION,

    Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/20/2010 the mandate for this case hereby issues today.

COSTS:  None